UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GIAN GARUFO,
                    )
        Plaintiff       )
                    )
     v.              )     Civil Action No. 04-12358 NG
                    )
UNUM LIFE INSURANCE   )
COMPANY OF AMERICA,   )
UNUMPROVIDENT CORPORA- )
TION and SUFFOLK CON-   )
STRUCTION COMPANY    )
GROUP LONG TERM      )
DISABILITY PLAN,       )
                    )
       Defendants    )

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the

District of Massachusetts the below-named attorney enters an appearance as counsel for

Defendants:

John J. Aromando
Pierce Atwood LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

DATED: 12|16|04

John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorneys for Defendants

{W0296215 1}