UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GIAN GARUFO, )
      Plaintiff )
)
v. ) Civil Action No. 04-12358 NG
)
UNUM LIFE INSURANCE )
COMPANY OF AMERICA, )
UNUMPROVIDENT CORPORA- )
TION and SUFFOLK CON- )
STRUCTION COMPANY )
GROUP LONG TERM )
DISABILITY PLAN, )
)
      Defendants )

## CERTIFICATE OF GERALDINE G. SANCHEZ FOR ADMISSION *PRO HAC VICE* IN THE U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS

Pursuant to Local Rule 83.5.3, John J. Aromando (Bar Reg. No. 545648) who has entered an appearance in this case, has moved this Court to grant leave for Geraldine G. Sanchez to practice before this Court in this particular case.

Furthermore, I, Geraldine G. Sanchez, do hereby certify the following:

(1) I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Maine.

(2) My office address and telephone number are: Pierce Atwood LLP, One Monument Square, Portland, ME 04101 (207-791-1100).

(3) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

{W0296215.1}

(4)  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case *Gian Garufo v. Unum Life Insurance Company of America, et al.*

Sworn to this date under penalties of perjury.

DATED: 12/16/04

Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0296215.1}