UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIAN GARUFO,<br><br>    Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION and SUFFOLK CONSTRUCTION COMPANY GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants | Civil Action No. 04-12358 NG |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants move for an extension of the time within which they must serve their response to Plaintiff's Complaint, to and including January 21, 2005.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to January 21, 2005, within which to respond to Plaintiff's Complaint.

{W0305845.1}

DATED: January 4, 2005

            _____
            Geraldine G. Sanchez

            PIERCE ATWOOD LLP
            One Monument Square
            Portland, ME 04101
            (207) 791-1100

            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight mail, postage prepaid, addressed as follows:

> Mala M. Rafik, Esq.
> Rosenfeld & Rafik
> 44 School Street
> Boston, MA 02108

DATED:  January 4, 2005

_____
Geraldine G. Sanchez

{W0305845.1}