UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GIAN GARUFO, | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | Civil Action No. 04-12358 NG |
| | ) | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION and SUFFOLK CONSTRUCTION COMPANY GROUP LONG TERM DISABILITY PLAN, | ) ) ) ) ) ) ) | |
| | ) | |
|     Defendants | ) | |

## DEFENDANTS' CERTIFICATION OF CONFERENCE

The undersigned certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course--and various alternative courses--for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: July 14, 2005

> /s/ John J. Aromando
> John J. Aromando, BBO #545648
> Geraldine G. Sanchez
> PIERCE ATWOOD LLP
> One Monument Square
> Portland, Maine 04101
> (207) 791-1100
> jaromando@pierceatwood.com
> gsanchez@pierceatwood.com
>
> *Attorney for Defendants*

{W0373795.2}

Dated: July 14, 2005

*[signature]*
Mary Elizabeth Fougere
Litigation Counsel
UnumProvident
2211 Congress Street
Portland, ME 04122

{W0373795.1}

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 14, 2005, I electronically filed Defendants' Certification of Conference with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Mala M. Rafik, Esq.
    mmr@rosenfeld.com

    /s/  John J. Aromando
    John J. Aromando, BBO #545648
    PIERCE ATWOOD
    One Monument Square
    Portland, ME  04101
    (207) 791-1100
    jaromando@pierceatwood.com

    Attorney for Defendants

{W0373795.2}