UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GIAN GARUFO,
    Plaintiff

V.

UNUM LIFE INSURANCE COMPANY OF AMERICA, UNUMPROVIDENT CORPORATION & SUFFOLK CONSTRUCTION COMPANY GROUP LONG TERM DISABILITY PLAN,
    Defendants

CIVIL ACTION NO. 12358-NG

### PLAINTIFF GIAN GARUFO'S
### LR, D. Mass. 16.1(D)(3) CERTIFICATION

In accordance with the provisions of LR, D. Mass. 16.1(D)(3), I, Gian Garufo, the Plaintiff in this action and Mala M. Rafik, counsel for the Plaintiff, hereby certify that we have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course --- and various alternative courses ---- of the litigation; and

    (b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D. Mass. 16.4.

Dated: July 28, 2005

*[signature]*
Mala M. Rafik
BBO No. 638075
Rosenfeld & Rafik, P.C.
44 School Street, Suite 410
Boston, MA 02108
(617) 723-7470

_____
Gian Garufo