September 15, 2005

**BY ELECTRONIC MAIL**

Jennifer Filo
Docket Clerk for the Honorable Nancy Gertner
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:    *Gian Garufo v. Unum Life Insurance Company of America, et.al.*
            *Civil Action Number: 04-12358 NG*

Dear Ms. Filo:

    As I indicated in my telephone message today, the above-referenced case has been settled. Accordingly, the parties are respectfully requesting that the Court enter a 60-day Settlement Order of Dismissal permitting the parties to execute the relevant settlement papers.

    In addition, the parties are scheduled for a status conference today at 3:45pm. In light of the settlement of this matter, the parties are also respectfully requesting that the status conference be canceled.

    Thank you for your assistance. Please feel free to call if you have any questions.

                          Sincerely,

                          Mala M. Rafik

Cc:    Gian Garufo
        Geraldine G. Sanchez