## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__GIAN GARUFO__
        Plaintiff

V.

__UNUM LIFE INSURANCE__
        Defendant

CIVIL ACTION

NO.  __04-12358NG__

## SETTLEMENT ORDER OF DISMISSAL

__GERTNER,__     D. J.

The Court having been advised on  __9/15/05__  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

__9/19/2005__
Date

__/s/ JENNIFER FILO__
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)